

MARTHA COAKLEY
ATTORNEY GENERAL

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

October 15, 2013

Hon. George A. O'Toole
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

VIA ELECTRONIC FILING

    Re:    *Anne Manning v. Commonwealth of Massachusetts et al.*
            Docket No. 13-CV-10722-GAO

Dear Judge O'Toole:

    All parties in the above-captioned matter wish to request a referral to the Federal Court ADR program, in an effort to try to resolve their dispute.

                      Very truly yours,

                      /s/ Anne Sterman

                      Anne Sterman
                      Assistant Attorney General, x2109

cc:    Andrew Koster, AAG (via ECF)
        Inga S. Bernstein (via ECF)
        Monica R. Shah (via ECF)
        Naomi R. Shatz (via ECF)